UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHERIE E. LASSITER,

    Plaintiff,

v.    Case No. 3:15cv406-LC-CJK

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 15, 2016 (doc. 12). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections. No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation (doc. 12) is adopted and incorporated by reference in this order.

2. The decision of the Commissioner is REVERSED and the matter is REMANDED for further proceedings consistent with the report and recommendation.

3. The clerk is directed to close the file.

DONE AND ORDERED this 13th day of August, 2016.


    *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**