**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**CHERIE E. LASSITER,**

    **Plaintiff,**

v.                                                                                  Case No. 3:15cv406-LC-CJK

**CAROLYN W. COLVIN, Acting**
**Commissioner of Social Security,**

    **Defendant.**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 27, 2016 (doc. 17). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and

Page 2 of 2

incorporated by reference in this order.

2. Plaintiff is hereby awarded attorney's fees under the Equal Access to Justice Act in the amount of $3,566.55, to be paid by defendant Commissioner within a reasonable time of this order.

3. The Commissioner shall follow *Astrue v. Ratliff*, but make prompt payment of the amount due, as no showing of an outstanding federal debt has been made to date.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 26th day of January, 2017.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:15cv406-LC-CJK